Case: 1:11-cv-07358 Document #: 23-3 Filed: 01/20/12 Page 1 of 1 PageID #:129
Case: 1:11-cv-07358 Document #: 16-3 Filed: 12/14/11 Page 13 of 13 PageID #:63
SENT BY: SHUFFLE TECH INTL LLC;      3122768864;      JUN-4-10  9:41AM;      PAGE 1



### SHUFFLE TECH™

June 3, 2010

Mr. Kevin Wolff
Wolff Gaming, Inc.
9655 W. Colfax Avenue, Suite 300
Lakewood, CO 80215

RE: Letter of Intent/Earnest Money

Dear Kevin,

This is to confirm our mutual commitment to proceed with the draft Development & Distribution Agreement based on the Discussion Draft dated June 3, 2010 and amended today as per our discussion. Our mutual commitment to proceed is contingent upon attorney review and gaming authority review, and language of the draft Agreement is subject to modification to conform to applicable gaming law and regulation.

As evidence of Wolff Gaming's commitment to proceed, Wolff Gaming agrees immediately pay $100,000 toward the total $525,000 initial commitment described in the draft Agreement. This earnest money is to be held by Shuffle Tech and may be used to proceed with the project; however, in the event that a final Agreement cannot be signed within 90 days, Wolff Gaming may request the return of the entire $100,000 paid as earnest money, and said earnest will be refunded within 15 days of said request. Provided the Agreement is signed, the earnest money will be deemed to be the initial payment.

Please countersign this letter below to affirm that this represents our agreement.

Sincerely,

Richard J. Schultz,
Manager/CEO

Agreed and Countersigned:

_____      6/3/2010
Kevin Wolff, President        Date

Shuffle Tech International LLC - 1440 N. Kingsbury, Suite 218 - Chicago, IL 60642

**EXHIBIT**
tabbies
B