# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| SHUFFLE TECH INTERNATIONAL, LLC, etc. <br> *Plaintiff* <br> v. <br> WOLFF GAMING, INC. <br> *Defendant* | ) ) ) ) ) Civil Action No. 11 C 7358 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Judgment is entered in favor of defendant and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Elaine E. Bucklo on a motion for partial summary judgment.

Date: Oct. 17, 2013

Thomas G. Bruton, Clerk of Court

Ms. Jacquelyn H. Collier
Deputy Clerk